UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLOS DAVIS** | * | NO. 2:15-cv-01379 |
| | * | |
| **VERSUS** | * | SECTION "S" |
| | * | |
| **SILVERTON CONSTRUCTION COMPANY, LLC** | * | MAGISTRATE "4" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Based upon the representation to the Court that Scott E. Silbert and the law firm of Silbert, Garon, Pitre & Friedman have an irreconcilable conflict of interest, it is hereby ordered that they may withdraw as counsel on behalf of plaintiff, Carlos Davis.

New Orleans, Louisiana this __16th__ day of __December__, 2015.

_____
United States District Judge