# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  15-1379** |
| **SILVERTON CONSTRUCTION COMPANY** | **SECTION: "S" (4)** |

## ORDER

The undersigned Chief Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference (**Rec. Doc. #28**) scheduled for **August 29, 2017,** at **2:00 p.m.** is **CANCELLED.** A copy of the correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 28th day of August 2017

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Mary Ann Vial Lemmon**

# SHLOSMAN
# LAW FIRM

**A LIMITED LIABILITY CORPORATION**
**3919 BARONNE STREET**
**NEW ORLEANS, LA 70115**

PHONE: (504) 453-0607
FAX: (504) 324-0431

Website: www.shlosmanlaw.com
Email: tom@shlosmanlaw.com

August 28, 2017

**VIA EMAIL: EFILE-ROBY@LAED.USCOURTS.GOV**
Honorable Karen Wells Roby
500 Poydras Street
Room B437
New Orleans, LA 70130

        Re:  Carlos Davis v. Silverton Construction, LLC
            USDC, EDLA, No. 15-1379, Section S

Dear Judge Roby,

    Please let this letter confirm that the above entitled matter has settled.  As a result, the August 29, 2017 settlement conference will no longer be necessary.  Please remove the scheduled settlement conference from your docket.

    Please let us know if there are any questions or concerns regarding this matter.

                Sincerely,

                Thomas W. Shlosman

TWS
cc:  Patrick Hufft
     Lara DiChristina